SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>      vs.<br><br>Phyllis M. Keller,<br><br>          Defendant. | ) Case No. **2:11-cv-03348-MCE-EFB**<br>)<br>) **ORDER RE: REQUEST FOR DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY ORDERED THAT this action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.   The Clerk of Court is directed to close the file.

Dated:  March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE